# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: | ) |
| | ) Case No. 10-00657 |
| FUSION CUISINE, INC., | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## MOTION SEEKING EXTENSION OF TIME TO FILE MAILING MATRIX

Pursuant to section 105 of the Bankruptcy Code[1] and Rule 1007 of the Federal Rules of Bankruptcy Procedure, Fusion Cuisine, Inc. (the "Debtor"), through undersigned counsel, respectfully submits this Motion Seeking Extension of Time to File Mailing Matrix.

1. On July 1, 2010, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 2, 2010, the Court entered an order requiring the Debtor to file a mailing matrix by July 9, 2010. See Dkt. No. 3.

3. Federal Rule of Bankruptcy Procedure 1007(a)(5) allows the Court to extend the time within which to file the mailing matrix.

4. Section 105(a) of the Bankruptcy Code also provides the Court with the power to grant the relief requested. Section 105(a) provides that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

---

[1] 11 U.S.C. §§ 101–1532.

5. The Debtor requests a 10-day extension to file the mailing matrix from July 9, 2010 through and including July 19, 2010. The Debtor filed this case on an emergency basis. The Debtor has been diligently gathering the information necessary to file the mailing matrix and has been handling urgent business matters.

6. No party will be prejudiced by the brief extension of time.

Dated: July 8, 2010             Respectfully submitted,

                                            PILLSBURY WINTHROP SHAW PITTMAN, LLP

By:     /s/ Patrick J. Potter
        Patrick J. Potter
        patrick.potter@pillsburylaw.com
        Jerry Hall
        jerry.hall@pillsburylaw.com
        2300 N Street, N.W.
        Washington, D.C. 20037-1128
        Tel: (202) 663-8000
        Fax: (202) 663-8007

Proposed Counsel for the Debtor

## CERTIFICATE OF SERVICE

      The undersigned certifies that the Motion Seeking Extension of Time to File Mailing Matrix was served (i) electronically via ECF on all parties having registered with the Court's ECF program in this case; and (ii) by U.S. Mail, postage prepaid, on the party identified below.

Martha L. Davis  
Office of the U. S. Trustee  
115 S. Union Street  
Suite 210  
Alexandria, VA 22314

                                                      /s/ Dania Slim